Gregory J. Marshall (#019886)
Emily R. Parker (#036286)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
gmarshall@swlaw.com
eparker@swlaw.com

*Attorneys for Defendant Salesforce, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Companies, Inc., a Delaware corporation, and Salesforce, Inc., a Delaware corporation,<br><br>Defendants. | No. 2:24-cv-01030-DLR<br><br>**CONSULTATION CERTIFICATE FOR SALESFORCE, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Salesforce, Inc. certifies, pursuant to LRCiv. 12.1(c) and this Court's Order (Doc. 3), that it conferred in good faith with counsel for Plaintiff. Salesforce notified Plaintiff's counsel of the issues asserted in the Motion, and the Parties were unable to reach an agreement whether the pleading needed to be cured or was curable in any part by a permissible amendment.

DATED this 25th day of July, 2024.

        SNELL & WILMER L.L.P.

By: */s/Gregory J. Marshall*
    Gregory J. Marshall
    Emily R. Parker
    One East Washington Street
    Phoenix, Arizona 85004-2556

*Attorneys for Defendant Salesforce, Inc.*

- 2 -