James X. Bormes (Lead trial attorney)
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue, Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive, Suite 650
Chicago, Illinois  60601
(312) 726-3400
Tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

*Additional counsel on signature page.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and Salesforce, Inc., a Delaware corporation,<br><br>Defendants. | No.: CV-24-01030-PHX-DLR<br><br><br><br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>(First Request) |

Plaintiff Ivonne Carbajal and Defendants Lowe's Home Centers LLC and Salesforce, Inc., by their attorneys, respectfully stipulate pursuant to LRCiv 7.3 to request an extension of the deadlines for the filing of Plaintiff's opposition briefs to Defendants' motions to dismiss the First Amended Class Action Complaint, *see* ECF Nos. 20 & 21 (the "Motions to Dismiss"), and for Defendants' reply briefs in support of the Motions to Dismiss. The Motions to Dismiss were filed on July 25, 2024, and because both motions raise a lack of personal and subject matter jurisdiction as grounds for dismissal, Plaintiff's opposition briefs are presently due on August 26, 2024. LRCiv 12.1(b).

On August 23, 2024, Plaintiff's counsel contacted Defendants' counsel seeking their position on an extension of time to September 30, 2024, to file her responses to the Motions to Dismiss. Plaintiff's counsel communicated to Defendants that they had been working diligently to prepare Plaintiff's response briefs to Defendants' motions to dismiss, but require additional time to do so due to, *inter alia*, previously set travel and work schedules in other work-related matters. Defendants agree to this request and respectfully seek a concomitant extension of their deadline to file replies in support of the Motions to Dismiss through November 1, 2024.

The parties previously stipulated to extend the deadlines for Defendants to answer Plaintiff's original complaint and the Court granted those extensions, *see* ECF Nos. 11 & 13, but no prior extension of the briefing deadlines for the Motions to Dismiss has been requested or entered.

WHEREFORE, the parties respectfully request that this Court enter an order setting September 30, 2024 as the deadline for Plaintiff to file her opposition briefs to the Motions to Dismiss and setting November 1, 2024 as the deadline for Defendants to file their respective reply briefs in support of the Motions to Dismiss.

**IT IS SO STIPULATED.**

| | |
|---|---|
| 1 | **LAW OFFICE OF JAMES X. BORMES, P.C.** |
| 2 | |
| 3 | s/ James X. Bormes |
|   | James X. Bormes |
| 4 | LAW OFFICE OF JAMES X. BORMES, P.C. |
|   | Illinois State Bar No. 620268 |
| 5 | 8 South Michigan Avenue |
|   | Suite 2600 |
| 6 | Chicago, Illinois  60603 |
|   | (312) 201-0575 |
| 7 | jxbormes@bormeslaw.com |
| 8 | |
|   | Thomas M. Ryan |
| 9 | LAW OFFICE OF THOMAS M. RYAN, P.C. |
|   | Illinois State Bar No. 6273422 |
| 10 | 35 East Wacker Drive |
|    | Suite 650 |
| 11 | Chicago, Illinois  60601 |
|    | (312) 726-3400 |
| 12 | tom@tomryanlaw.com |
| 13 | |
|    | LOCAL COUNSEL: |
| 14 | Michelle R. Matheson #019568 |
|    | MATHESON & MATHESON, P.L.C. |
| 15 | 15300 North 90th Street |
|    | Suite 550 |
| 16 | Scottsdale, Arizona 85260 |
|    | (480) 889-8951 |
| 17 | mmatheson@mathesonlegal.com |
|    | Attorney for Plaintiffs |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OSBORN MALEDON, P.A.**
**COOLEY LLP**


 s/ David B. Rosenbaum
David B. Rosenbaum
Colin M. Proksel
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
drosenbaum@omlaw.com
cproksel@omlaw.com


Teresa Michaud
Ariana E. Bustos
COOLEY LLP
355 S. Grand Ave., Suite 900
Los Angeles, CA 90071-1560
(213) 561-3241
tmichaud@cooley.com
abustos@cooley.com


Tiana Demas
COOLEY LLP
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606-1511
(312) 881-6500
tdemas@cooley.com


Reece Trevor
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
rtrevor@cooley.com


Attorneys for Defendant
Lowe's Home Centers, LLC

1 | **SNELL & WILLMER, L.L.P.**

 s/ Gregory J. Marshall
Gregory J. Marshall
Emily R. Parker
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
(602) 382-6000
gmarshall@swlaw.com
eparker@swlaw.com

Attorneys for Defendant Salesforce, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 26, 2024, he caused the foregoing Stipulation for Extension of Briefing Schedule on Defendants' Motions to Dismiss to be filed via the CM/ECF system, which will send service of such filing upon all counsel of record.

/s/ James X. Bormes
Attorney for Plaintiff